1 HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
2 VICTOR M. CHAVEZ, CA Bar #113752
Assistant Federal Defender
3 Designated Counsel for Service
2300 Tulare Street, Suite 330
4 Fresno, CA 93721-2226
Telephone: (559) 487-5561
5 Fax: (559) 487-5950

6 Attorneys for Defendant
ROEL NUNEZ-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:14-cr-00134 LJO-SKO-1 |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION TO CONTINUE STATUS |
|  | ) CONFERENCE HEARING; ORDER |
| ROEL NUNEZ-HERNANDEZ, | ) Date: October 27, 2014 |
|  | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Hon. Lawrence J. O'Neill |

   IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney, Mia A. Giacomazzi, Counsel for Plaintiff, and Assistant Federal Defender, Victor M. Chavez, Counsel for Defendant, Roel Nunez-Hernandez, that the status conference set for August 25, 2014, at 9:30 a.m., may be set over to October 27, 2014 at 9:30 a.m.

   The continuance is necessary to allow the parties additional time to conduct further investigation that will facilitate settlement of the case. The requested continuance will conserve time and resources for both counsel and the court.

   The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such

///

continuance outweigh the best interests of the public and the defendant in a speedy trial.

                                           Respectfully submitted,

                                           BENJAMIN B. WAGNER
                                           United States Attorney

Dated: August 21, 2014                     /s/ *Mia A. Giacomozzi*
                                           MIA A. GIACOMAZZI
                                           Assistant United States Attorney
                                           Attorney for Plaintiff


                                           HEATHER E. WILLIAMS
                                           Federal Defender


Date: August 21, 2014                     /s/ *Victor M. Chavez*
                                           VICTOR M. CHAVEZ
                                           Assistant Federal Defender
                                           Attorneys for Defendant
                                           ROEL NUNEZ-HERNANDEZ


                                                     **ORDER**

IT IS SO ORDERED.

   Dated:  **August 22, 2014**                **/s/ Lawrence J. O'Neill**
                                             UNITED STATES DISTRICT JUDGE