HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
VICTOR M. CHAVEZ, CA Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ROEL NUNEZ-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case Nos. 1:14-cr-00134 LJO-SKO-1 |
| --- | --- |
| *Plaintiff,* | ) 1:14-cr-0156 LJO |
| vs. | ) STIPULATION TO CONTINUE STATUS |
| ROEL NUNEZ-HERNANDEZ, | ) CONFERENCE HEARING; ORDER |
| *Defendant.* | ) Date: March 16, 2015 |
|  | ) Time: 1:00 p.m. |
|  | ) Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney, Mia A. Giacomazzi, Counsel for Plaintiff, and Assistant Federal Defender, Victor M. Chavez, Counsel for Defendant, Roel Nunez-Hernandez, that the status conference set for December 15, 2014, at 1:00 p.m., may be set over to March 16, 2015 at 1:00 p.m. Case No. 1:14-cr-00134 is the pending new case, number 1:14-cr-00156 LJO is a violation of supervised release which is trailing the new case.

The continuance is necessary to allow the parties additional time to conduct further investigation that will facilitate settlement of the case. The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such

continuance outweigh the best interests of the public and the defendant in a speedy trial.

                                                  Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: December 11, 2014                /s/ *Mia A. Giacomozzi*
MIA A. GIACOMAZZI
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: December 11, 2014                 /s/ *Victor M. Chavez*
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorneys for Defendant
ROEL NUNEZ-HERNANDEZ

**ORDER**

IT IS SO ORDERED.

Dated:  **December 12, 2014**                **/s/ Sheila K. Oberto**
                                                           UNITED STATES MAGISTRATE JUDGE